UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| HABITAT EDUCATION CENTER, INC., <br> DAVID ZABER, and RICARDO <br> JOMARRON, and ENVIRONMENTAL <br> LAW AND POLICY CENTER, <br> <br> Plaintiffs, <br> UNITED STATES FOREST SERVICE, <br> GAIL R. KIMBELL, as Chief of the U.S. <br> Forest Service, and CHARLES CONNER, <br> as Acting Secretary of the U.S. Department <br> of Agriculture <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 08-cv-0043 <br> <br> <br> **SCHEDULING ORDER** |

Upon consideration of the Consent Motion to Amend Scheduling Order, I hereby adopt the following schedule, which the parties have agreed to:

Administrative Record certified ............................................February 26, 2008

Answer filed.......................................................................March 14, 2008

Plaintiffs' Deadline to Challenge Administrative
  Record, or for Motion for Summary Judgment....................April 25, 2008

Defendants' Opposition to Plaintiffs' Motion for
  Summary Judgment and Cross Motion for Summary
  Judgment.........................................................................May 16, 2008

Plaintiffs' Reply and Opposition...........................................June 6, 2008

Defendants' Reply...............................................................June 20, 2008

Oral argument....................................................as scheduled by the Court

So ORDERED this 31st day of March, 2008.

                 s/ Rudolph T. Randa _____
                 Hon. Rudolph T. Randa
                 Chief Judge